IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL
CIRCUIT IN AND FOR ST.LUCIE COUNTY, FLORIDA

## SEARCH WARRANT

IN THE NAME OF THE STATE OF FLORIDA

TO:   The Executive Director of the Florida Department of Law Enforcement
or any of his duly constituted Special Agents.

WHEREAS, an Affidavit and Application for Search Warrant, has been made this date before the undersigned,

AND WHEREAS, said facts made known to me have caused me to find there is probable cause to believe that certain felony laws have been and are being violated in or about a certain premises or curtilage thereof, or that evidence of, or evidence relevant to proving, a violation of certain felony laws, in the form of computer equipment and data described hereinafter, is being kept in or about a certain premises or curtilage thereof, in St. Lucie County, Florida, being known and described as follows:

*2377 SW Fern Circle, Port St. Lucie, Florida, 34953* and more particularly described as:

DESCRIPTION OF LOCATION: The address 2377 SW Fern Street Circle, Port St. Lucie, Florida is a single family house that faces in a northern direction. The house is painted a whitish color with white trim and a brown colored roof. The front door and the front facing two car garage face in the northern direction toward Fern Street Circle. Affixed to the wall, between the garage door and the front door, are the numbers 2377 which thereby identifying the numeric of the residence. The numbers 2377 are also affixed to the mailbox which is positioned directly on the east side of the driveway.

DIRECTIONS: Begin at the intersection of SE Bayshore Blvd and SW Gaitlin Blvd/SE Port St Lucie Blvd in St. Lucie County, Florida, continue straight and then turn left onto SW Cameo Blvd for approximately 0.3 miles. Turn left onto SW Fern Circle for approximately .1 mile to the address location.

and said premises are occupied by or under the control of Alexander Michael Roy and may be hereinafter referred to as "the Premises",

AND WHEREAS I find that there is probable cause to believe that there is now being kept in or about "the Premises" or curtilage the following items(s):

A computer(s) belonging to or used by Alexander Michael Roy which now contain or are directly associated with:

# EXHIBIT 1

EXHIBIT 1

Electronic mail messages (email), Instant Messages (IMs), chat logs, electronic messages associated with social networking sites, website history and other logs maintained by the computer's operating system during the normal operation of the computing system;

Computer hardware to include any and all computer equipment used to collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes (but is not limited to) any data-processing devices (such as central processing units, personal computers to include "laptop" or "notebook" or "pocket" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, and other electronic media devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communications devices (such as modems, cables and connections, and recording equipment ); as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks);

Computer software required to run the above hardware and/or access data from the hardware, e.g., software required to run operating systems, applications (like word-processing, graphics, or spreadsheet programs), utilities, compilers, interpreters, and communications programs;

Computer-related documentation such as written, recorded, printed, or electronically stored material which explains or illustrates how to configure or use computer hardware, software, or other related items;

Data maintained on the computer, or computer related storage devices such as floppy diskettes, tape backups, computer printouts, and "zip" drive diskettes. In particular, data in the form of images, and/or log files recording the transmission of images as they relate to violations of Florida law;

Documents, notes, or equipment relating to passwords, encryption codes and data security devices which may restrict access to the hardware, software or data;

All computer files associated with the accounts listed above, including password protected files, both text and image types that may include, but are not limited to: ".doc, .txt, .gif, .bmp, .tif, .pcs, .pic, .png, .dcs, .art or .jpeg.", that can be stored or saved by these suffixes or they can be renamed and saved under different titles and those images and/or photographs normally associated with child pornography and/or child enticement; and

Computer files showing ownership, possession or control of computer and associated shortage disks;

all of which property and evidence may hereinafter be referred to as "the Property",

which is/are being kept and used in violation of the felony laws of the State of Florida or is/are being kept and constitute(s) evidence of, or evidence relevant to proving, *a violation of the felony laws of the State of Florida, to wit* **Travel to Meet a Minor to Engage in Sexual Activity in violation of F.S. 847.0135(4)(a); Travel to**

Entice a Guardian to Consent for Sex with a Child in violation of F.S. 847.0135(3)(b); Attempted Lewd and Lascivious Battery in violation of F.S. 800.04(4)(a); Use of a Computer Service to Seduce and/or Solicit a Child for Sex in violation of F.S. 847.0135(3)(a);

NOW THEREFORE, you, with such lawful assistance as may be necessary, to include forensic computer analyst experts, are hereby commanded, in the daytime or in the nighttime, or on Sunday, as the exigencies of the occasion may demand, to enter and search "the Premises" aforesaid and curtilage thereof, and any vehicles or out buildings thereon, or any persons located on "the Premises" or within the curtilage, reasonably believed to be connected with said illegal activity, for the items described in this warrant, to wit: "the Property", and if the same, or any part thereof, be found, you are hereby authorized to seize and secure same, giving proper receipt therefor and delivering a completed copy of this warrant to the person in control of "the Premises", or in the absence of any such person, leaving a completed copy where the items are found, and making a return of your doings under this warrant within ten (10) days of the date hereof, and you are further directed to bring "the Property" so found before the Court having jurisdiction of this offense to be used in the prosecution of persons violating this offense and thereafter to be disposed of according to law. In addition to the seizure of "the Property" above-mentioned, the Court gives permission to seize the computer hardware (and associated peripherals) and software and to conduct an off-site laboratory search of the hardware and software for the evidence described.

WITNESS my hand and seal this ___ day of _____ 2012.

_____
CIRCUIT JUDGE OF THE NINETEENTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA
St Lucie